UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.  17-10083-MLW |
| | ) | |
| v. | ) | |
| ELIZABETH GURRIERI, | ) | |
| | ) | |
| Defendant. | ) | |

STATUS REPORT OF THE PARTIES

The United States of America, by its attorney, William D. Weinreb, Acting United States Attorney for the District of Massachusetts, and Defendant Elizabeth Gurrieri, by her undersigned counsel, submit this Status Report, pursuant to the Court's Order of August 8, 2017 (Docket No. 44).

On August 1, 2017, the United States moved the Court to continue Ms. Gurrieri's sentencing which had been scheduled for September 13, 2017 (Docket No. 43).  At the time, the United States advised the Court that Ms. Gurrieri agreed to cooperate on behalf of the government and that it anticipated Ms. Gurrieri would testify on behalf of the government in a pending criminal matter.  Currently, the United States anticipates that Ms. Gurrieri will testify in at least the matter of *United States v. Michael Babich, et al.,* Civil Action No. 16-10343-ADB (D. Mass.).  On September 13, 2017, the Court in the *Babich* case entered an order setting a trial date of October 15, 2018 (Civil No. 16-10343-ADB, Docket No. 163).

Because the United States continues to anticipate that Ms. Gurrieri will testify at that trial, the parties believe that sentencing in this case should not occur prior to the conclusion of the *Babich* case.

Respectfully submitted,

WILLIAM D. WEINREB  　　　　　　　　CHOATE, HALL & STEWARD, LLP
Acting United States Attorney

By:　/s/ *Susan M. Poswistilo*　　　　　　/s/ *Emily F. Hodge*
　　SUSAN M. POSWISTILO　　　　　　MELISSA B. TEARNEY (BBO #558612)
　　BBO # 565581　　　　　　　　　　EMILY F. HODGE (BBO #666660)
　　K. NATHANIEL YEAGER　　　　　　Two International Place
　　BBO # 30992　　　　　　　　　　　Boston, MA  02110
　　Assistant U.S. Attorneys　　　　　　(617) 248-5000
　　John J. Moakley Federal Courthouse　mtearney@choate.com
　　One Courthouse Way, Ste. 9200　　ehodge@choate.com
　　Boston, MA 02210
　　(617) 748-3100
　　susan.poswistilo@usdoj.gov
　　nathaniel.yeager@usdoj.gov

**Certificate of Service**

I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:   12_12_2017　　　　　　　　　　/s/ *Susan M. Poswistilo*
　　　　　　　　　　　　　　　　　　　Susan M. Poswistilo
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney